## Commonwealth *v.* Williams, Appellant.

Argued June 16, 1975. *Edward G. Rendell,* for appellant; *Daniel P. Mc Elhatton,* Assistant District Attorney, with him *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J.*

712

*Gafni*, Deputy District Attorney, and *F. Emmett Fitz-patrick*, District Attorney, for Commonwealth, appellee.
Judgment of sentence affirmed.